IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Criminal Case No. 11-cr-00445-RBJ-1 and related case 13-cv-02980-RBJ

UNITED STATES OF AMERICA,

v.

STYLIOS ALTON TRACHANAS,

　　Defendant.

## MINUTE ORDER

　　Entered by Judge R. Brooke Jackson

　　The Court orders that the pending pro se motions at ECF Nos. 91, 115, 116, 122, 123, 124, 125, and 126 be DENIED. Mr. Trachanas has moved for the appointment of counsel to represent him in this section 2255 proceeding, which the Court has granted. Therefore, the Court denies the above pro se motions. Counsel can determine what motions, if any, are necessary and appropriate, and if any motions are filed by counsel (after conferring with the AUSA but not reaching agreement), the Court will consider the motion after the United States has had the opportunity to respond.