**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 11-cr-00445-RBJ
Civil Action No. 13-cv-02980-RBJ

USA,

    Plaintiff,

v.

STYLIOS ALTON TRACHANAS,

    Defendant.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order entered at the Motion Hearing on July 22, 2014 before the honorable Judge R. Brooke Jackson, it is

    ORDERED that the Motion to Vacate Pursuant to 28 U.S.C. § 2255 [Docket No. 80] is DENIED. It is

    FURTHER ORDERED that no certificate of appealability will issue. It is

    FURTHER ORDERED that the civil action 14-cv-02980-RBJ is dismissed.

    Dated at Denver, Colorado this 22nd day of July, 2014.

    FOR THE COURT:
    JEFFREY P. COLWELL, CLERK

    By: s/   J. Dynes
          J. Dynes
          Deputy Clerk